# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>EBAY INC., a Delaware corporation; SCOTT C. HARRIS, an individual; LAW OFFICE OF SCOTT C. HARRIS, Inc., a California corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:14-cv-00605-JRG |

## ORDER GRANTING DEFENDANT EBAY INC.'S MOTION TO DISMISS PURSUANT TO CHAPTER 27 OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE

On the ___ day of _____, 2014 came on to be heard and considered Defendant eBay Inc.'s Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practice & Remedies Code. The parties appeared through their respective attorneys of record. The Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that eBay's Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practice & Remedies Code shall be and is hereby GRANTED in all respects.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff Landmark Technology, LLC ("Landmark") against eBay arising out of eBay's requests for reexamination of Landmark's patents are hereby dismissed with prejudice in their entirety. Landmark shall take nothing from these claims.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, in accordance with Texas Civil Practice & Remedies Code Section 27.009(l), eBay is entitled to recover its

attorneys' fees and costs in bringing the Motion to Dismiss and defending against these claims. eBay is ordered to submit evidence of their fees and costs by affidavit within 14 days from the date of this Order. eBay shall be awarded such other and further relief to which eBay may be justly entitled, at law or in equity.