IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation; SCOTT C. HARRIS, an individual; LAW OFFICE OF SCOTT C. HARRIS, INC., a California corporation,<br><br>Defendants. | §§§§§§§§§§§§§ | Civil Action No.: 2:14-cv-00605-JRG |

## PLAINTIFF LANDMARK TECHNOLOGY, LLC'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), Plaintiff Landmark Technology, LLC ("Landmark") hereby voluntarily dismisses this action against eBay, Inc.; Scott C. Harris; and the Law Office of Scott C. Harris (collectively, "Defendants") with prejudice. Defendants have not been served with Plaintiff's summons and complaint. This Notice has been filed prior to Defendants' service of an answer or motion for summary judgment.

A proposed Order acknowledging the dismissal of this action with prejudice is attached.

Dated: September 11, 2014

                        Respectfully submitted,

                        */s/ Andy Tindel*

                        ANDY TINDEL  
                        Texas State Bar No. 20054500  
                        MT² LAW GROUP  
                        MANN | TINDEL | THOMPSON  
                        112 East Line Street, Suite 304  
                        Tyler, Texas 75702  
                        Telephone: (903) 596-0900  
                        Facsimile:  (903) 596-0909  
                        Email: atindel@andytindel.com

Of Counsel:

Kathryn Lee Boyd  
Darcy R. Harris  
Jeff D. Neiderman  
Kristen Nelson  
SCHWARCZ, RIMBERG, BOYD & RADER, LLP  
6310 San Vicente Blvd., Suite 360  
Los Angeles, CA 90048  
(323) 302-9488  
lboyd@srbr-law.com  
dharris@srbr-law.com  
jneiderman@srbr-law.com  
knelson@srbr-law.com

                        *Attorneys for Plaintiff Landmark Technology, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of September, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

_/s/ Andy Tindel_

Andy Tindel