# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY, LLC, a Delaware limited liability company, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No.: 2:14-cv-00605-JRG |
| EBAY, INC., a Delaware corporation; SCOTT C. HARRIS, an individual; LAW OFFICE OF SCOTT C. HARRIS, INC., a California corporation, | § § § § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff Landmark Technology, LLC ("Landmark") filed a Notice of Voluntary Dismissal of all Claims with Prejudice, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), that operates to effect the dismissal of this action against eBay, Inc.; Scott C. Harris; and the Law Office of Scott C. Harris (collectively, "Defendants") with prejudice. Accordingly, it is therefore,

ORDERED that this action is DISMISSED with prejudice as to Defendants.