IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY, LLC, a Delaware limited liability company, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No.: 2:14-cv-00605-JRG |
| EBAY, INC., a Delaware corporation; SCOTT C. HARRIS, an individual; LAW OFFICE OF SCOTT C. HARRIS, INC., a California corporation, | | |
| Defendants. | | |

## ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff Landmark Technology, LLC ("Landmark") filed a Notice of Voluntary Dismissal of all Claims with Prejudice"§F m0P q038+, pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), that operates to effect the dismissal of this action against eBay, Inc.; Scott C. Harris; and the Law Office of Scott C. Harris (collectively, "Defendants") with prejudice. Accordingly, it is therefore,

ORDERED that this action is DISMISSED with prejudice as to Defendants.

So Ordered and Signed on this

**Sep 13, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE