FILED
Chris Daniel
District Clerk
MAY 12 2014
Time: _____
By _____
Harris County, Texas

CAUSE NO. 2014-10592

| | | |
|---|---|---|
| SUSAN DELGADO, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| CAROL ALVARADO, | § | |
| Defendants. | § | 234TH JUDICIAL DISTRICT |

## FINAL JUDGMENT AND ORDER ON CAROL ALVARADO'S ATTORNEYS FEES AND SANCTIONS

On May 12, 2014, this Court entered an Order dismissing all of Plaintiffs' claims with prejudice. Also, on May 12, 2014, Defendant Carol Alvarado motioned this court for attorneys' fees, costs and sanctions.

The Court, having reviewed the pleadings in this action, the evidence presented by the Defendants and the evidence presented by Plaintiffs concerning attorneys' fees, costs and sanctions finds that the Defendant Carol Alvarado should be awarded attorneys' fees, costs and sanctions as mandated by §27.009.

It is therefore ORDERED, ADJUDGED and DECREED that, pursuant to TEX. CIV. PRAC. & REM. CODE §27.009, Defendant Carol Alvarado shall have and recover from Plaintiff, reasonable attorneys' fees, and other expenses incurred in defending this legal action in the amount of $11,395.50.

It is further ORDERED, ADJUDGED and DECREED that Defendant shall have and recover from Plaintiffs, reasonable conditional attorneys' fees in the amount of $25,000 in the event an appeal to the Court of Appeals is made but is unsuccessful; and the amount of $25,000 in the event Plaintiff appeals to the Supreme Court of Texas is granted but the appeal is unsuccessful.

It is further ORDERED, ADJUDGED and DECREED that, pursuant to TEX. CIV. PRAC. & REM. CODE §27.009, Defendant Carol Alvarado, shall have and recover from Plaintiff, sanctions sufficient to deter Plaintiff from bringing similar actions in the future, which this Court determines to be an amount of ___N/A___.

It is further ORDERED, ADJUDGED and DECREED that all amounts awarded in this Final Order shall bear a post-judgment interest rate of 5% per year, from the date of this Order to the date the amount is paid.

THIS IS A FINAL JUDGMENT.

SIGNED this 12 day of May, 2014.

By: _____
JUDGE PRESIDING